| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | OCT 28 2024 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GONZALES & GONZALES BONDS & INSURANCE AGENCY, INC.; et al.,

        Plaintiffs-Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.,

        Defendants-Appellants.

No.   22-16552

D.C. No. 4:20-cv-08897-KAW
Northern District of California, Oakland

ORDER

Before: BEA, CHRISTEN, and JOHNSTONE, Circuit Judges.

Judge Bea and Judge Johnstone voted to deny the petition for panel rehearing. Judge Christen voted to grant the petition for panel rehearing.

Judge Bea recommended denying the petition for rehearing en banc, and Judge Johnstone so voted. Judge Christen voted to grant the petition for rehearing en banc. The full court has been advised of the petition for rehearing en banc, and no judge of the court has requested a vote on the petition. Fed. R. App. P. 35.

The petition for panel rehearing and rehearing en banc (Dkt. 55) is DENIED.